**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO.  1:23-CR-00098-MJT |
| | § | |
| v. | § | |
| | § | |
| WHITNEY CHARLES ROBERTS JR. | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate

Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal

Procedure.  Judge Zack Hawthorn conducted a hearing in the form and manner prescribed by

Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on

Guilty Plea Before the United States Magistrate Judge.  The magistrate judge recommended that

the court accept the Defendant's guilty plea.  He further recommended that the court adjudge the

Defendant guilty on Count One of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings.  The court **ORDERS**

that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate

Judge are **ADOPTED**.  The court accepts the Defendant's plea.  The court **ORDERS** the

Defendant's attorney to read and discuss the presentence report with the Defendant and file any

objections to the report **BEFORE** the date of the sentencing hearing.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Whitney Charles Roberts Jr., is adjudged guilty as to Count One of the Indictment charging a violation of  18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm.

**SIGNED this 7th day of December, 2023.**

_____
Michael J. Truncale
United States District Judge